UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 19-20485-BKC-JKO
Chapter 13

In re:
MAURICE YOUNG,
         Debtor.      /

# APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR

Applicant, Michael A. Frank, was retained by the Debtor to serve in this bankruptcy case as attorney for Debtor. A copy of the retainer agreement is attached as Exhibit "A". Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

A. The Retainer Agreement signed by the Debtor agrees to a fee of $ <u>10,000.00</u>, and the total paid pre-petition is $ <u>0.00</u>.

B. The Safe Harbor Fee in this case would be $ <u>3,650.00</u>, broken down as follows: Base - $ <u>3,500.00</u>; Cost - $ <u>150.00</u>;

    C.    Total Fees Requested:    $ <u>10,000.00</u>

         Total Expenses to be Reimbursed:    $ <u>150.00</u>

         Amount Received To-Date:    $ <u>0.00</u>
         **(exclusive of filing fees)**

         Amount to be Paid through Plan:    $<u>10,000.00</u>

1. The amount requested, if allowed, will be paid in full after <u>3</u> monthly payments under the plan.

2.	A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B".

3.	Applicant estimates that an additional n/a hours will be required to be expended in providing legal services on behalf of the debtor(s) described below: n/a.

4.	The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred:

```
Undersigned had to verify that the debtor's driver's license and
passport were still intact. Undersigned had to review prior
cases to see how much was paid for child support and verify that
the debtor received a credit for those payments.
```

5.	The source of compensation previously paid to applicant was from the Debtor.

6.	Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm.  (If such a sharing arrangement exists, it should be disclosed in this paragraph.)

**DATED: December 9, 2019**	Law Offices of Michael J. Brooks,
Michael A. Frank &
Rodolfo H. De La Guardia, Jr.
Attorneys for the Debtor
Regions Bank Bldg., Suite 620
10 Northwest Le Jeune Road
Miami, FL 33126
Telephone (305) 443-4217

By   /s/  Michael A. Frank
     Michael A. Frank
     Florida Bar No. 339075

cc:
Robin R. Weiner, Trustee
Maurice Young, Debtor