UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 19-20485-BKC-JKO
CHAPTER 13

IN RE:
MAURICE YOUNG
    Debtor.
_____/

**DEBTOR'S OBJECTION TO CLAIM NO. 3 FILED BY WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS <u>TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST</u>**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).**

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee] [debtor(s)] object(s) to the following claim filed in this case.

    The Debtor, MAURICE YOUNG, by and through his undersigned attorney, objects to claim No. 3, filed by Wilmington Savings Fund Society, FSB, Attn: Rodger Levenson, President, (U.S. Certified Mail)  500 Delaware Avenue, Wilmington, DE 19801 and Selene Finance, LP, 9990 Richmond Avenue, Suite 400 South, Attn: BK Dept., Houston, TX 77042 , as a secured claim in the amount of $443701.58, with an arrearage amount of $71,145.61 and states:

    1.    This creditor alleges fees and costs due in the amount of $8,277.00.  The Debtor requests a breakdown or this portion of the claim should be stricken and disallowed.

    2.    This creditor alleges an escrow deficiency for funds advanced in the amount of $27,261.59.  This is recovered in the Debtor's regular monthly payment and

therefore this is double dipping. This portion of the claim should be stricken and disallowed.

3.  Undersigned contacted Keith Labell, counsel for creditor, on or around October 3, 2019, in an attempt to resolve the issues prior to hearing, however undersigned has not received a call back.

4.  Debtor's counsel has been forced to file this Objection to Creditor's claim, in response to creditor's filing of an incorrect and/or improper proof of claim, and therefore, respectfully requests this Court award attorney's fees and costs to Debtor's counsel pursuant to Florida Statute, Section 95.11.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the Debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the Court when the objection and notice of hearing are served.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Robin R. Weiner, Trustee @ ecf@ch13weiner.com, Keith Labell, counsel for Wilmington at klabell@rasflaw.com, Giselle Velez, counsel for Wilmington at giselle.velez@gmail.com this 9th day of December 2019 and this Objection and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to the above addresses.

Respectfully submitted,

Law Offices of Michael J. Brooks, Michael A. Frank
    & Rodolfo H. De La Guardia, Jr.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

By:  /s/  Michael J. Brooks
    Michael J. Brooks
    Florida Bar No. 434442