**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

IN RE:                                                              CASE NO.: 19-20485-BKC-JKO
MAURICE YOUNG,                                              CHAPTER 13

    Debtor,

_____/

**RESPONSE TO DEBTOR'S OBJECTION TO**
**CLAIM NO. 3 FILED BY WILMINGTON SAVINGS FUND**
**SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS**
**TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST**

COMES NOW, WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Debtor's Objection To Claim No. 3 Filed By Wilmington Savings Fund Society, Fsb, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust ("Objection"), (DE# 69), and in support thereof states as follows:

1. Secured Creditor holds an interest in Debtor's real property located at 16573 SW 19TH ST, MIRAMAR, FL 33027.

2. Secured Creditor timely filed its Proof of Claim, Claim No. 3-1 on September 5, 2019.

3. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), a proof of claim (and, any extension, supplemental proof of claim) executed and filed in accordance with the Bankruptcy Rules "shall constitute prima facie evidence of the validity and amount of the claim."

4. On December 10, 2019, Debtor filed an Objection, asserting allegations opposing Secured Creditor's claim.

5. Debtor asserts that the $8,277.00 are not obtainable without detailed explanation. Secured creditor has provided a portion of invoices in the amount of $4262.50 as attached as Exhibit "A".

6. Secured Creditor's Proof of Claim and Notice of Fees, Expenses, and Charges are neither incorrect nor improper as filed.

7. Secured Creditor requires additional time to review its records and investigate the issues raised in Debtor's Objection, and requests a hearing be set on same.

8. Secured Creditor reserves the right to supplement its Response to Debtor's Objection at any time before or at the hearing.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court overrules Debtor's objection and allows Secured Creditor's Proof of Claim and Notice of Post-Petition Mortgage Fees, Expenses and Charges as filed so as to preserve Creditor's Claim, and for such other and further relief as the Court may deem just and proper.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/April Harriott
April Harriott, Esquire
FBN: 37547
Email:aharriott@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 26, 2019, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DEBTOR
Maurice Young
16573 SW 19th Street
Miramar, FL  33027

DEBTOR COUNSEL
Michael A. Frank, Esq.
10 NW LeJeune Rd. #620
Miami, FL  33126

TRUSTEE
Robin R. Weiner
PO Box 559007
Fort Lauderdale, FL  33355

U.S. TRUSTEE
Office of the U.S.Trustee
2025 Robert C. Byrd, US Courthouse
300 Virginia Street, East
Charleston, WV  25301

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/April Harriott
April Harriott, Esquire
FBN: 37547
Email:aharriott@rasflaw.com