**Mortgage Contracting Services, LLC**

4890 West Kennedy Blvd.

Tampa, FL 33609

Phone No: (813) 874-2177

Fax No: (813) 258-5729

### Property Insp. - Property Inspection Services - INVOICE

| | |
|---|---|
| Selene Finance | Invoice #: ▮▮▮▮ |
| | Invoice Status: Check Confirmed |
| 9990 Richmond | Input By: Amalia Inaty |
| Houston, TX 77042 | Date Submitted: 1/25/2019 |
| Re: MAURICE YOUNG | Invoice Date: 1/24/2019 |
| 16573 SW 19TH ST | Vendor Ref #: ▮▮▮▮ |
| MIRAMAR, FL 33027 | Vendor Code: ▮▮▮▮ |
| Loan #: ▮▮▮▮ | Payee Code: |
| Loan Type: Conventional | Type: Non Judicial |
| Inv. ID / Cat. ID: N/A / ▮▮▮▮ | |
| Cost Center: | Order Date: 1/16/2019 |
| CONV Case No: | Order Complete Date: 1/24/2019 |
| GSE Code: O | Acquisition Date: |
| GSE REO Rem. Code: | Paid in Full Date: N/A |
| | Foreclosure Removal: N/A |
| Original Mortgage Amount: $345,303.00 | HiType: 1 |
| Litigation Status Code: | Class Code |
| Man Code: | |

Invoice ID: ▮▮▮▮
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 1/25/2019 | | | | 2/20/2019 | 2/20/2019 | 2/22/2019 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Property Services - Insp - Occupancy Inspection | | | 01/24/2019 | 1 | $15.00 | $15.00 | $0.00 | $15.00 |
| **Note: NO CONTACT** | | | | | | | | |
| | | | | | | $15.00 | $0.00 | $15.00 |

**Total:** $15.00 $0.00 $15.00

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Inspection Requested

**Payment information**

| Requested Date | Check/ACH# | | Payment Date | Amount |
| --- | --- | --- | --- | --- |
| 02/20/2019 | ███████ | | 02/22/2019 | $15.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| --- | --- | --- | --- | --- | --- | --- |
| Property Services | Insp - Occupancy Inspection | 631 | INSP | 90T01 | | $15.00 |

**Bron Inc.**

27720 Jefferson Ave Ste 230

Temecula, CA 92590

Phone No: (858) 999-1200

Fax No:

## Default Service - Monitoring Fee - INVOICE

| | |
|---|---|
| Selene Finance | Invoice #: ██████ |
| | Invoice Status: Check Confirmed |
| 9990 Richmond | Input By: ddayhoff |
| Houston, TX 77042 | Date Submitted: 1/30/2019 |
| Re: MAURICE YOUNG | Invoice Date: 1/30/2019 |
| 16573 SW 19TH ST | Vendor Ref #: ██ |
| MIRAMAR, FL 33027 | Vendor Code: ████████ |
| Loan #: ██████ | Payee Code: ████████ |
| Loan Type: Conventional | Type: Non Judicial |
| Inv. ID / Cat. ID: N/A / 10511 | |
| Cost Center: | Referral Date 1/25/2019 |
| CONV Case No: | |
| GSE Code: O | Acquisition Date: |
| GSE REO Rem. Code: | Paid in Full Date: N/A |
| | Foreclosure Removal N/A |
| Original Mortgage Amount: $345,303.00 | HiType 1 |
| Litigation Status Code: | Class Code |
| Man Code: | |

Invoice ID: ██████

Asset Number:

Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 1/30/2019 | | | | 2/25/2019 | 2/25/2019 | 2/26/2019 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Default Services Costs - Property Scrub | | | 01/25/2019 | 1 | $12.40 | $12.40 | $0.00 | $12.40 |
| **Note: Scrub Fee** | | | | | | | | |
| Default Services Costs - Property Monitoring | | | 01/25/2019 | 1 | $15.50 | $15.50 | $0.00 | $15.50 |
| **Note: Monitoring Fee - 2 years** | | | | | | | | |
| | | | | | | **$27.90** | **$0.00** | **$27.90** |
| **Total:** | | | | | | **$27.90** | **$0.00** | **$27.90** |

**<u>Invoice Level Exceptions</u>**

None

**<u>Invoice Level Comment</u>**

None

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 02/25/2019 | ████████ | 02/26/2019 | $12.40 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Default Services Costs | Property Scrub | 633 | FCPR | 90T01 | 03 | $12.40 |

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 02/25/2019 | ████████ | 02/26/2019 | $15.50 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Default Services Costs | Property Monitoring Services | 633 | FCPR | 90T01 | 03 | $15.50 |

**SHD Legal Group, P.A.**

499 NW 70TH AVE STE 309

Plantation, FL 33317 1619

Phone No: (954) 564-0071

Fax No: (954) 564-9252

### Foreclosure - Foreclosure Services - INVOICE

| | |
|---|---|
| Selene Finance | Invoice #: ███ |
| | Invoice Status: Check Confirmed(Exc) |
| 9990 Richmond | Input By: ERivera |
| Houston, TX 77042 | Date Submitted: 2/6/2019 |
| Re: MAURICE YOUNG | Invoice Date: 2/5/2019 |
| 16573 SW 19TH ST | Vendor Ref #: |
| MIRAMAR, FL 33027 | Vendor Code: ███ |
| Loan #: ███ | Payee Code: |
| Loan Type: Conventional | Type: Judicial |
| Inv. ID / Cat. ID: N/A / 10530 | Referral Date 9/5/2018 |
| Cost Center: | |
| CONV Case No: | |
| GSE Code: O | Acquisition Date: |
| GSE REO Rem. Code: | Paid in Full Date: N/A |
| | Foreclosure Removal N/A |
| Original Mortgage Amount: $345,303.00 | HiType 1 |
| Litigation Status Code: | Class Code |
| Man Code: | First Legal Action: N/A |
| | Legal Action: 09/25/2018 |
| | Sale Date: N/A |
| | Reason Sale Cancelled N/A |

Invoice ID: ███

Asset Number:

Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 2/6/2019 | 3/5/2019 | 3/5/2019 | | 3/5/2019 | 3/5/2019 | 3/7/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Allowable | | 02/04/2019 | 1 | $690.00 | $690.00 | $0.00 | $690.00 |

**Note: Foreclosure fee for Milestone Judgment Entered**

Service From Date: 2/4/2019          Service To Date: 2/4/2019 12:00:00

**Attorney Fees - Allowable**

| | | | |
|---|---|---|---|
| | | $690.00 | $0.00 | $690.00 |

| | | | |
|---|---|---|---|
| **Total:** | | **$690.00** | **$0.00** | **$690.00** |

**Invoice Level Exceptions**

Attorney Fees - Allowable

**Invoice Level Comment**

Approved

**Payment information**

| Requested Date | Check/ACH# | | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|---|
| 03/05/2019 | ███████ | | 03/07/2019 | $690.00 | | | |

| Category | Subcategory | | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Allowable | | 630 | FATT | 90R01 | | $690.00 |

**ServiceLink Title Company**

PO BOX 511459

Los Angeles, CA 90051 7882

Phone No:  (800) 439-5451

Fax No:

## Foreclosure - Foreclosure Services - INVOICE

Selene Finance

9990 Richmond
Houston, TX 77042

Re:           MAURICE YOUNG
              16573 SW 19TH ST
              MIRAMAR, FL 33027
Loan #:       ███████
Loan Type:    Conventional
Inv. ID / Cat. ID:  N/A  /  10530
Cost Center:
CONV Case No:
GSE Code:          O
GSE REO Rem. Code:

Original Mortgage Amount:  $345,303.00
Litigation Status Code:
Man Code:

| | |
|---|---|
| Invoice #: | ███████ |
| Invoice Status: | Check Confirmed |
| Input By: | Janey Horne |
| Date Submitted: | 2/11/2019 |
| Invoice Date: | 2/8/2019 |
| Vendor Ref #: | ███████ |
| Vendor Code: | ███████ |
| Payee Code: | ███████ |
| Type: | Judicial |
| Referral Date | 1/31/2019 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |
| First Legal Action: | N/A |
| Legal Action: | 02/07/2019 |
| Sale Date: | 02/07/2019 |
| Reason Sale Cancelled | N/A |

Invoice ID:      ███████
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 2/11/2019 | | | | 2/11/2019 | 2/11/2019 | 2/12/2019 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Title Costs - Title Search | | N | 02/08/2019 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note: PRE-FORECLOSURE REPORT**
**Service From Date:  1/31/2019**          Service To Date:  2/8/2019 12:00:00

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **$250.00** | **$0.00** | **$250.00** |

**Total:**                                                                  **$250.00**    **$0.00**    **$250.00**

**Invoice Level Exceptions**
None

**Invoice Level Comment**
None

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 02/11/2019 | ████████ | 02/12/2019 | $250.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Title Costs | Title Search | 632 | FCTS | 90R01 | | $250.00 |

**RAS Crane, LLC**

10700 Abbotts Bridge Road, Suite 110

Duluth, GA 30097

Phone No:  (561) 241-6901

Fax No:

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

Selene Finance

9990 Richmond
Houston, TX 77042

Re:    MAURICE YOUNG
       16573 SW 19TH ST
       MIRAMAR, FL 33027

| | |
|---|---|
| Loan #: | ██████ |
| Loan Type: | Conventional |
| Inv. ID / Cat. ID: | N/A  /  10530 |
| Cost Center: | |
| CONV Case No: | |
| GSE Code: | O |
| GSE REO Rem. Code: | |

Original Mortgage Amount:  $345,303.00
Litigation Status Code:
Man Code:

| | |
|---|---|
| BK Case No: | ██████ |
| BK Chapter: | 13 |

| | |
|---|---|
| Invoice ID: | ██████ |
| Asset Number: | |
| Outsourcer: | LPS Default Solutions |

| | |
|---|---|
| Invoice #: | ██ |
| Invoice Status: | Check Confirmed |
| Input By: | Lauren Klinmann |
| Date Submitted: | 2/19/2019 |
| Invoice Date: | 2/19/2019 |
| Vendor Ref #: | ██████ |
| Vendor Code: | ██████ |
| Payee Code: | ██████ |
| Type: | Non Judicial |
| Referral Date | 2/8/2019 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 2/19/2019 | 2/25/2019 | 3/5/2019 | | 3/5/2019 | 3/5/2019 | 3/6/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Review of Plan | | 02/13/2019 | 1 | $350.00 | $350.00 | $0.00 | $350.00 |

**Note: Bankruptcy Plan Review (recoverable) - Bankruptcy Plan Review (recoverable BK-4102) . BK Plan Review: Please note that no documents are filed with BK court for Plan Review. RECOVERABLE**
**Service From Date:  2/13/2019          Service To Date:  2/13/2019**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | $350.00 | $0.00 | $350.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total:** | | | | **$350.00** | **$0.00** | **$350.00** |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Does Not Exceed Allowable

**Payment information**

| Requested Date | Check/ACH# | | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|---|
| 03/05/2019 | ██████ | | 03/06/2019 | $350.00 | | | |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Review of Plan | 630 | BATT | 90R01 | | $350.00 |

**Quintairos, Prieto, Wood & Boyer, P.A.**

9300 South Dadeland Blvd., 4th Floor

Miami, FL 33156

Phone No: (855) 287-0240

Fax No: (855) 287-0211

## Bankruptcy - Bankruptcy Services - INVOICE

Selene Finance

9990 Richmond
Houston, TX 77042

| | |
|---|---|
| Re: | MAURICE YOUNG |
| | 16573 SW 19TH ST |
| | MIRAMAR, FL 33027 |
| Loan #: | ██████ |
| Loan Type: | Conventional |
| Inv. ID / Cat. ID: | N/A  /  10530 |
| Cost Center: | |
| CONV Case No: | |
| GSE Code: | O |
| GSE REO Rem. Code: | |

Original Mortgage Amount:  $345,303.00
Litigation Status Code:
Man Code:

| | |
|---|---|
| BK Case No: | ████████ |
| BK Chapter: | 13 |

| | |
|---|---|
| Invoice ID: | ██████ |
| Asset Number: | |
| Outsourcer: | LPS Default Solutions |

| | |
|---|---|
| Invoice #: | ████ |
| Invoice Status: | Check Confirmed |
| Input By: | Christina Montanaro |
| Date Submitted: | 2/27/2019 |
| Invoice Date: | 2/27/2019 |
| Vendor Ref #: | ████ |
| Vendor Code: | ██████ |
| Payee Code: | ████ |
| Type: | Non Judicial |
| Referral Date | 2/14/2019 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 2/27/2019 | 3/6/2019 | 3/25/2019 | | 3/25/2019 | 3/25/2019 | 3/28/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Objection to Confirmation | | 02/24/2019 | 1 | $500.00 | $500.00 | $0.00 | $500.00 |
| **Note: Objection to Plan - Recoverable** | | | | | | | |
| | | | | | **$500.00** | **$0.00** | **$500.00** |

| | | | |
|---|---|---|---|
| **Total:** | **$500.00** | **$0.00** | **$500.00** |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
None

**Payment information**

| Requested Date | Check/ACH# | | Payment Date | Amount |
|---|---|---|---|---|
| 03/25/2019 | ███████ | | 03/27/2019 | $500.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Objection to Confirmation | 630 | BATT | 90R01 | | $500.00 |

**RAS Crane, LLC**

10700 Abbotts Bridge Road, Suite 110

Duluth, GA 30097

Phone No:  (561) 241-6901

Fax No:

**Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE**

Selene Finance

9990 Richmond
Houston, TX 77042

Re:   MAURICE YOUNG
      16573 SW 19TH ST
      MIRAMAR, FL 33027

Loan #:          ███████
Loan Type:       Conventional
Inv. ID / Cat. ID:  N/A  /  10530
Cost Center:
CONV Case No:
GSE Code:        O
GSE REO Rem. Code:

Original Mortgage Amount:   $345,303.00
Litigation Status Code:
Man Code:

BK Case No:      ████████
BK Chapter:      13

| | |
|---|---|
| Invoice #: | ██████ |
| Invoice Status: | Check Confirmed(Exc) |
| Input By: | Lauren Klinmann |
| Date Submitted: | 4/4/2019 |
| Invoice Date: | 4/4/2019 |
| Vendor Ref #: | ████████ |
| Vendor Code: | ████████ |
| Payee Code: | ████████ |
| Type: | Non Judicial |
| Referral Date | 2/9/2019 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |

Invoice ID:      ██████
Asset Number:
Outsourcer:      LPS Default Solutions

| SubmittedDate | 1st Reviewed Date | Last Reviewed Date | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 4/4/2019 | 4/10/2019 | 5/1/2019 | | 5/1/2019 | 5/1/2019 | 5/2/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 03/27/2019 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

Note: Bankruptcy Proof of Claim - Part 5 (410A) - Bankruptcy Proof of Claim- Part 5/410A (recoverable) (BK-4146). Bankruptcy Proof of Claim - Part 5 (410A) Recoverable RECOVERABLE
Service From Date: 3/27/2019          Service To Date: 3/27/2019

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 03/27/2019 | 1 | $300.00 | $300.00 | $0.00 | $300.00 |

Note: Bankruptcy Proof of Claim (recoverable) RECOVERABLE
Service From Date: 3/27/2019          Service To Date: 3/27/2019
Line Item was used multiple times on the invoice

| | | |
|---|---|---|
| $550.00 | $0.00 | $550.00 |

| | | | |
|---|---|---|---|
| **Total:** | $550.00 | $0.00 | $550.00 |

**Invoice Level Exceptions**
Line Item was used multiple times on the invoice

**Invoice Level Comment**
Does Not Exceed Allowable

Execution Date Time: 08/28/2019 11:06:07 AM                Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | | Payment Date | | Amount | | |
|---|---|---|---|---|---|---|---|
| 05/01/2019 | ████████ | | 05/02/2019 | | $250.00 | | |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Proof of Claim | 630 | BATT | 90R01 | | $250.00 |

| Requested Date | Check/ACH# | | Payment Date | | Amount | | |
|---|---|---|---|---|---|---|---|
| 05/01/2019 | ████████ | | 05/02/2019 | | $300.00 | | |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Proof of Claim | 630 | BATT | 90R01 | | $300.00 |

**Mortgage Contracting Services, LLC**

4890 West Kennedy Blvd.

Tampa, FL 33609

Phone No: (813) 874-2177

Fax No: (813) 258-5729

### Property Insp. - Property Inspection Services - INVOICE

| | |
|---|---|
| Selene Finance | Invoice #: ███████ |
| | Invoice Status: Check Confirmed |
| 9990 Richmond | Input By: Amalia Inaty |
| Houston, TX 77042 | Date Submitted: 5/14/2019 |
| Re: MAURICE YOUNG | Invoice Date: 5/13/2019 |
| 16573 SW 19TH ST | Vendor Ref #: ███████ |
| MIRAMAR, FL 33027 | Vendor Code: ███████ |
| Loan #: ███ | Payee Code: |
| Loan Type: Conventional | Type: Non Judicial |
| Inv. ID / Cat. ID: N/A / 10530 | |
| Cost Center: | Order Date: 5/2/2019 |
| CONV Case No: | Order Complete Date: 5/11/2019 |
| GSE Code: O | Acquisition Date: |
| GSE REO Rem. Code: | Paid in Full Date: N/A |
| | Foreclosure Removal: N/A |
| Original Mortgage Amount: $345,303.00 | HiType: 1 |
| Litigation Status Code: | Class Code |
| Man Code: | |

Invoice ID: ███████
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 5/14/2019 | | | | 5/14/2019 | 5/14/2019 | 5/15/2019 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Property Services - Insp - Occupancy Inspection | | | 05/11/2019 | 1 | $15.00 | $15.00 | $0.00 | $15.00 |

**Note: NO CONTACT**

| | | | | | | $15.00 | $0.00 | $15.00 |
|---|---|---|---|---|---|---|---|---|

**Total:** $15.00 $0.00 $15.00

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Inspection Requested

**Execution Date Time: 08/28/2019 11:06:07 AM** **Pages: 1/ 2**

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 05/14/2019 | ██████ | 05/15/2019 | $15.00 | | | |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Property Services | Insp - Occupancy Inspection | 631 | INSP | 90R01 | | $15.00 |

**SHD Legal Group, P.A.**

499 NW 70TH AVE STE 309

Plantation, FL 33317 1619

Phone No: (954) 564-0071

Fax No: (954) 564-9252

## Foreclosure - Foreclosure Services - INVOICE

| | | |
|---|---|---|
| Selene Finance | Invoice #: | ■■■■ |
| | Invoice Status: | Check Confirmed |
| 9990 Richmond | Input By: | ERivera |
| Houston, TX 77042 | Date Submitted: | 6/14/2019 |
| Re: MAURICE YOUNG | Invoice Date: | 6/13/2019 |
| 16573 SW 19TH ST | Vendor Ref #: | |
| MIRAMAR, FL 33027 | Vendor Code: | ■■■■ |
| Loan #: ■■■■ | Payee Code: | |
| Loan Type: Conventional | Type: | Judicial |
| Inv. ID / Cat. ID: N/A / 10530 | | |
| Cost Center: | Referral Date | 9/5/2018 |
| CONV Case No: | | |
| GSE Code: O | Acquisition Date: | |
| GSE REO Rem. Code: | Paid in Full Date: | N/A |
| | Foreclosure Removal | N/A |
| Original Mortgage Amount: $345,303.00 | HiType | 1 |
| Litigation Status Code: | Class Code | |
| Man Code: | First Legal Action: | N/A |
| | Legal Action: | 09/25/2018 |
| | Sale Date: | N/A |
| | Reason Sale Cancelled | N/A |

Invoice ID: ■■■■

Asset Number:

Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 6/14/2019 | | | | 6/14/2019 | 6/14/2019 | 6/18/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Reset Sale | | 06/13/2019 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note: Draft Motion and Order to Reset Sale. Draft letter to Judge. Follow up on new sale date. Advise client of new date.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | **$250.00** | **$0.00** | **$250.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total:** | | | | | **$250.00** | **$0.00** | **$250.00** |

**Invoice Level Exceptions**

None

**Invoice Level Comment**

Approved

**Execution Date Time: 08/28/2019 11:06:07 AM**                                    **Pages: 1/ 2**

**Payment information**

| Requested Date | Check/ACH# | | Payment Date | | Amount | | |
|---|---|---|---|---|---|---|---|
| 06/14/2019 | ███████ | | 06/17/2019 | | $250.00 | | |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Reset Sale | 630 | FATT | 90R01 | | $250.00 |

**Mortgage Contracting Services, LLC**

4890 West Kennedy Blvd.

Tampa, FL 33609

Phone No: (813) 874-2177

Fax No: (813) 258-5729

**Property Insp. - Property Inspection Services - INVOICE**

Selene Finance

9990 Richmond
Houston, TX 77042

Re:    MAURICE YOUNG
16573 SW 19TH ST
MIRAMAR, FL 33027

Loan #:    █████
Loan Type:    Conventional
Inv. ID / Cat. ID:    N/A  /  10530
Cost Center:
CONV Case No:
GSE Code:    O
GSE REO Rem. Code:

Original Mortgage Amount:    $345,303.00
Litigation Status Code:
Man Code:

| | |
|---|---|
| Invoice #: | ████████ |
| Invoice Status: | Check Requested |
| Input By: | Amalia Inaty |
| Date Submitted: | 6/17/2019 |
| Invoice Date: | 6/14/2019 |
| Vendor Ref #: | ████████ |
| Vendor Code: | ██████ |
| Payee Code: | ████████ |
| Type: | Non Judicial |
| Order Date: | 6/2/2019 |
| Order Complete Date | 6/14/2019 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |

Invoice ID:    ██████
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 6/17/2019 | | | | 6/20/2019 | 6/20/2019 | |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Property Services - Insp - Occupancy Inspection | | | 06/14/2019 | 1 | $15.00 | $15.00 | $0.00 | $15.00 |
| **Note: NO CONTACT** | | | | | | | | |
| | | | | | **$15.00** | | **$0.00** | **$15.00** |

**Total:**                      **$15.00**    **$0.00**    **$15.00**

**<u>Invoice Level Exceptions</u>**
None

**<u>Invoice Level Comment</u>**
Inspection Requested

**SHD Legal Group, P.A.**

499 NW 70TH AVE STE 309

Plantation, FL 33317 1619

Phone No:  (954) 564-0071

Fax No:  (954) 564-9252

## Foreclosure - Foreclosure Services - INVOICE

Selene Finance

9990 Richmond
Houston, TX 77042

| | |
|---|---|
| Re: | MAURICE YOUNG |
| | 16573 SW 19TH ST |
| | MIRAMAR, FL 33027 |
| Loan #: | ▉ |
| Loan Type: | Conventional |
| Inv. ID / Cat. ID: | N/A  /  10530 |
| Cost Center: | |
| CONV Case No: | |
| GSE Code: | O |
| GSE REO Rem. Code: | |

Original Mortgage Amount:   $345,303.00
Litigation Status Code:
Man Code:

| | |
|---|---|
| Invoice #: | ▉ |
| Invoice Status: | Check Confirmed(Exc) |
| Input By: | ERivera |
| Date Submitted: | 6/17/2019 |
| Invoice Date: | 6/14/2019 |
| Vendor Ref #: | |
| Vendor Code: | ▉ |
| Payee Code: | ▉ |
| Type: | Judicial |
| Referral Date | 9/5/2018 |
| | |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |
| First Legal Action: | N/A |
| Legal Action: | 09/25/2018 |
| Sale Date: | N/A |
| Reason Sale Cancelled | N/A |

Invoice ID:   ▉
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 6/17/2019 | | | | 6/27/2019 | 6/27/2019 | 6/28/2019 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Filing Costs - Additional Court Filing Costs | | | 06/14/2019 | 1 | $5.00 | $5.00 | $0.00 | $5.00 |
| Note: Check # ▉ Clerk of the Circuit Court Broward; Disbursement for 1446-170868 Reopen Fee | | | | | | | | |
| Court Costs - Post-Judgement Motion | | | 06/14/2019 | 1 | $50.00 | $50.00 | $0.00 | $50.00 |
| Note: Check # ▉ Clerk of the Circuit Court Broward; Disbursement for 1446-170868 Reopen Fee | | | | | | | | |
| | | | | | | $55.00 | $0.00 | $55.00 |
| **Total:** | | | | | | **$55.00** | **$0.00** | **$55.00** |

**Invoice Level Exceptions**
Possible Duplicate Invoice

**Invoice Level Comment**
Approved

**Execution Date Time: 08/28/2019 11:06:07 AM**                                    **Pages: 1/ 2**

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 06/27/2019 | ███████ | 06/28/2019 | $5.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Filing Costs | Additional Court Filing Costs | 632 | CORC | 90R01 | | $5.00 |

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 06/27/2019 | ███████ | 06/28/2019 | $50.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Court Costs | Post-Judgement Motion | 632 | FCST | 90R01 | | $50.00 |

**SHD Legal Group, P.A.**

499 NW 70TH AVE STE 309

Plantation, FL 33317 1619

Phone No:  (954) 564-0071

Fax No:  (954) 564-9252

## Foreclosure - Foreclosure Services - INVOICE

Selene Finance

9990 Richmond
Houston, TX 77042

| | | | |
|---|---|---|---|
| Re: | MAURICE YOUNG | | |
| | 16573 SW 19TH ST | | |
| | MIRAMAR, FL 33027 | | |

Loan #: ███

Loan Type:  Conventional

Inv. ID / Cat. ID:  N/A /  10530

Cost Center:

CONV Case No:

GSE Code:  O

GSE REO Rem. Code:

Original Mortgage Amount:  $345,303.00

Litigation Status Code:

Man Code:

| | |
|---|---|
| Invoice #: | ███ |
| Invoice Status: | Check Confirmed(Exc) |
| Input By: | ERivera |
| Date Submitted: | 7/16/2019 |
| Invoice Date: | 7/15/2019 |
| Vendor Ref #: | |
| Vendor Code: | ███ |
| Payee Code: | |
| Type: | Judicial |
| Referral Date | 9/6/2018 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |
| First Legal Action: | N/A |
| Legal Action: | 09/25/2018 |
| Sale Date: | N/A |
| Reason Sale Cancelled | N/A |

Invoice ID:  ███

Asset Number:

Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 7/16/2019 | 8/8/2019 | 8/8/2019 | | 8/8/2019 | 8/8/2019 | 8/9/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Attendance at Hearing | | 07/10/2019 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| **Note: Attend hearing on Pl's Motion to Reset Sale** | | | | | | | |
| | | | | | **$250.00** | **$0.00** | **$250.00** |

| | | | |
|---|---|---|---|
| **Total:** | **$250.00** | **$0.00** | **$250.00** |

**Invoice Level Exceptions**

Possible Duplicate Invoice

**Invoice Level Comment**

Approved

Execution Date Time:  08/28/2019 11:06:07 AM

**Payment information**

| Requested Date | Check/ACH# | | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|---|
| 08/08/2019 | ▮▮▮▮▮ | | 08/09/2019 | $250.00 | | | |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Attendance at Hearing | 630 | FCAH | 90R01 | | $250.00 |

**SHD Legal Group, P.A.**

499 NW 70TH AVE STE 309

Plantation, FL 33317 1619

Phone No: (954) 564-0071

Fax No: (954) 564-9252

### Foreclosure - Foreclosure Services - INVOICE

Selene Finance

9990 Richmond
Houston, TX 77042

Re:      MAURICE YOUNG
16573 SW 19TH ST
MIRAMAR, FL 33027

Loan #: ███
Loan Type: Conventional
Inv. ID / Cat. ID: N/A / 10530
Cost Center:
CONV Case No:
GSE Code: O
GSE REO Rem. Code:

Original Mortgage Amount: $345,303.00
Litigation Status Code:
Man Code:

| | |
|---|---|
| Invoice #: | ███ |
| Invoice Status: | Check Confirmed(Exc) |
| Input By: | ERivera |
| Date Submitted: | 7/16/2019 |
| Invoice Date: | 7/16/2019 |
| Vendor Ref #: | |
| Vendor Code: | ███ |
| Payee Code: | ███ |
| Type: | Judicial |
| Referral Date | 9/5/2018 |
| | |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |
| First Legal Action: | N/A |
| Legal Action: | 09/25/2018 |
| Sale Date: | N/A |
| Reason Sale Cancelled | N/A |

Invoice ID: ███
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 7/16/2019 | | | | 7/22/2019 | 7/22/2019 | 7/23/2019 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Court Costs - Clerk/Prothonotary | | | 07/16/2019 | 1 | $70.00 | $70.00 | $0.00 | $70.00 |
| **Note: Check #** ███ **Clerk of the Circuit Court Broward; Disbursement for Notice of Sale 1446-170868** | | | | | | | | |
| Filing Costs - Additional Court Filing Costs | | | 07/16/2019 | 1 | $5.00 | $5.00 | $0.00 | $5.00 |
| **Note: Check #** ███ **Clerk of the Circuit Court Broward; Disbursement for Notice of Sale 1446-170868** | | | | | | | | |
| | | | | | **$75.00** | | **$0.00** | **$75.00** |
| **Total:** | | | | | **$75.00** | | **$0.00** | **$75.00** |

**Invoice Level Exceptions**
Possible Duplicate Invoice, Same Service Date

**Invoice Level Comment**
Approved

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 07/22/2019 | ▮▮▮▮▮ | 07/23/2019 | $5.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Filing Costs | Additional Court Filing Costs | 632 | CORC | 90R01 | | $5.00 |

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 07/22/2019 | ▮▮▮▮▮ | 07/23/2019 | $70.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Court Costs | Clerk/Prothonotary | 632 | FCCP | 90R01 | | $70.00 |

**Mortgage Contracting Services, LLC**

4890 West Kennedy Blvd.

Tampa, FL 33609

Phone No: (813) 874-2177

Fax No: (813) 258-5729

## Property Insp. - Property Inspection Services - INVOICE

Selene Finance

9990 Richmond
Houston, TX 77042

Re:      MAURICE YOUNG
16573 SW 19TH ST
MIRAMAR, FL 33027

Loan #:
Loan Type:      Conventional
Inv. ID / Cat. ID:    N/A  /  10530
Cost Center:
CONV Case No:
GSE Code:        O
GSE REO Rem. Code:

Original Mortgage Amount:    $345,303.00
Litigation Status Code:
Man Code:

| | |
|---|---|
| Invoice #: | |
| Invoice Status: | Check Confirmed(Exc) |
| Input By: | Amalia Inaty |
| Date Submitted: | 7/17/2019 |
| Invoice Date: | 7/16/2019 |
| Vendor Ref #: | |
| Vendor Code: | |
| Payee Code: | |
| Type: | Non Judicial |
| Order Date: | 7/2/2019 |
| Order Complete Date | 7/13/2019 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 7/17/2019 | 8/8/2019 | 8/8/2019 | | 7/17/2019 | 7/17/2019 | 7/18/2019 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Property Services - Insp - Occupancy Inspection | | | 07/13/2019 | 1 | $15.00 | $15.00 | $0.00 | $15.00 |

**Note: NO CONTACT**

| | | | | | | $15.00 | $0.00 | $15.00 |
|---|---|---|---|---|---|---|---|---|

**Total:**             $15.00    $0.00    $15.00

**Invoice Level Exceptions**
Possible Duplicate Invoice, Multiple Inspections

**Invoice Level Comment**
Inspection Requested

**Execution Date Time: 08/28/2019 11:06:07 AM**          **Pages: 1/ 2**

**Payment information**

| Requested Date | Check/ACH# | | Payment Date | Amount |
|---|---|---|---|---|
| 07/17/2019 | ███████ | | 07/18/2019 | $15.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Property Services | Insp - Occupancy Inspection | 631 | INSP | 90R01 | | $15.00 |

**SHD Legal Group, P.A.**

499 NW 70TH AVE STE 309

Plantation, FL 33317 1619

Phone No: (954) 564-0071

Fax No: (954) 564-9252

### Foreclosure - Foreclosure Services - INVOICE

Selene Finance

9990 Richmond
Houston, TX 77042

| | |
|---|---|
| Re: | MAURICE YOUNG |
| | 16573 SW 19TH ST |
| | MIRAMAR, FL 33027 |

Loan #: ██████
Loan Type: Conventional
Inv. ID / Cat. ID: N/A / 10530
Cost Center:
CONV Case No:
GSE Code: O
GSE REO Rem. Code:

Original Mortgage Amount: $345,303.00
Litigation Status Code:
Man Code:

| | |
|---|---|
| Invoice #: | ██████ |
| Invoice Status: | Check Confirmed(Exc) |
| Input By: | ERivera |
| Date Submitted: | 7/24/2019 |
| Invoice Date: | 7/19/2019 |
| Vendor Ref #: | |
| Vendor Code: | ██████ |
| Payee Code: | ██████ |
| Type: | Judicial |
| Referral Date | 9/5/2018 |
| | |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |
| First Legal Action: | N/A |
| Legal Action: | 09/25/2018 |
| Sale Date: | N/A |
| Reason Sale Cancelled | N/A |

Invoice ID: ██████
Asset Number:
Outsourcer:

| Submitted Date | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 7/24/2019 | 8/8/2019 | 8/8/2019 | | 8/8/2019 | 8/8/2019 | 8/9/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Dismissal Fee | | 07/16/2019 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note: Prepared and filed Motion to Ratify Final Judgment as borrower filed bankruptcy a few hours after Final Judgment was entered and the bankruptcy was subsequently dismissed.**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **$250.00** | **$0.00** | **$250.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total:** | | | | **$250.00** | **$0.00** | **$250.00** |

**<u>Invoice Level Exceptions</u>**
Possible Duplicate Invoice

**<u>Invoice Level Comment</u>**
None

**Payment information**

| Requested Date | Check/ACH# | | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|---|
| 08/08/2019 | ███████ | | 08/09/2019 | $250.00 | | | |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Dismissal Fee | 630 | FATT | 90R01 | | $250.00 |

**AssetVal**

805 North Crest Drive Suite 200

Grand Junction, CO 81506

Phone No: (970) 243-0311

Fax No: (970) 243-3971

### BPO - BPO Services - INVOICE

Selene Finance

9990 Richmond
Houston, TX 77042
Re:      MAURICE YOUNG
            16573 SW 19TH ST
            MIRAMAR, FL 33027

Loan #:       █████
Loan Type:     Conventional
Inv. ID / Cat. ID:  N/A  /  10530
Cost Center:
CONV Case No:
GSE Code:       O
GSE REO Rem. Code:

Original Mortgage Amount:  $345,303.00
Litigation Status Code:
Man Code:

| | |
|---|---|
| Invoice #: | █████ |
| Invoice Status: | Check Confirmed |
| Input By: | Tami Rund |
| Date Submitted: | 7/31/2019 |
| Invoice Date: | 7/30/2019 |
| Vendor Ref #: | █████ |
| Vendor Code: | █████ |
| Payee Code: | |
| Type: | Non Judicial |
| Order Date | 7/18/2019 |
| Order Complete Date | 7/21/2019 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |

Invoice ID:      █████
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 7/31/2019 | | | | 8/9/2019 | 8/9/2019 | 8/10/2019 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Valuation Costs - Exterior BPO | | | 07/20/2019 | 1 | $95.00 | $95.00 | $0.00 | $95.00 |

**Note: NA**

**Service From Date: 7/18/2019**        **Service To Date: 7/21/2019**

| | | | | | | $95.00 | $0.00 | $95.00 |
|---|---|---|---|---|---|---|---|---|
| **Total:** | | | | | | **$95.00** | **$0.00** | **$95.00** |

**<u>Invoice Level Exceptions</u>**
None

**<u>Invoice Level Comment</u>**
None

**Payment information**

| Requested Date | Check/ACH# | | Payment Date | | Amount | | |
|---|---|---|---|---|---|---|---|
| 08/09/2019 | ▆▆▆▆▆ | | 08/10/2019 | | $95.00 | | |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Valuation Costs | Exterior BPO | 631 | FBPO | 90T01 | | $95.00 |

**SHD Legal Group, P.A.**

499 NW 70TH AVE STE 309

Plantation, FL 33317 1619

Phone No: (954) 564-0071

Fax No: (954) 564-9252

**Foreclosure - Foreclosure Services - INVOICE**

| | | |
|---|---|---|
| Selene Finance | Invoice #: | ▮▮▮ |
| | Invoice Status: | Check Confirmed(Exc) |
| 9990 Richmond | Input By: | ERivera |
| Houston, TX 77042 | Date Submitted: | 8/1/2019 |
| Re: MAURICE YOUNG | Invoice Date: | 7/31/2019 |
| 16573 SW 19TH ST | Vendor Ref #: | |
| MIRAMAR, FL 33027 | Vendor Code: | ▮▮▮ |
| Loan #: ▮▮▮ | Payee Code: | |
| Loan Type: Conventional | Type: | Judicial |
| Inv. ID / Cat. ID: N/A / 10530 | Referral Date | 9/5/2018 |
| Cost Center: | | |
| CONV Case No: | | |
| GSE Code: O | Acquisition Date: | |
| GSE REO Rem. Code: | Paid in Full Date: | N/A |
| | Foreclosure Removal | N/A |
| Original Mortgage Amount: $345,303.00 | HiType | 1 |
| Litigation Status Code: | Class Code | |
| Man Code: | First Legal Action: | N/A |
| | Legal Action: | 09/25/2018 |
| | Sale Date: | N/A |
| | Reason Sale Cancelled | N/A |

Invoice ID: ▮▮▮
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 8/1/2019 | 8/8/2019 | 8/8/2019 | | 8/8/2019 | 8/8/2019 | 8/9/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Attendance at Hearing | | 07/24/2019 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| **Note: Attend hearing on Motion to Ratify FJ** | | | | | | | |
| | | | | | $250.00 | $0.00 | $250.00 |
| **Total:** | | | | | $250.00 | $0.00 | $250.00 |

**Invoice Level Exceptions**
Possible Duplicate Invoice

**Invoice Level Comment**
Approved

**Payment information**

| Requested Date | Check/ACH# | | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|---|
| 08/08/2019 | ███████ | | 08/09/2019 | $250.00 | | | |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Attendance at Hearing | 630 | FCAH | 90R01 | | $250.00 |

**SHD Legal Group, P.A.**

499 NW 70TH AVE STE 309

Plantation, FL 33317 1619

Phone No: (954) 564-0071

Fax No: (954) 564-9252

## Foreclosure - Foreclosure Services - INVOICE

Selene Finance

9990 Richmond
Houston, TX 77042

Re:    MAURICE YOUNG
16573 SW 19TH ST
MIRAMAR, FL 33027

Loan #:    ██████
Loan Type:    Conventional
Inv. ID / Cat. ID:    N/A  /  10530
Cost Center:
CONV Case No:
GSE Code:    O
GSE REO Rem. Code:

Original Mortgage Amount:    $345,303.00
Litigation Status Code:
Man Code:

| | |
|---|---|
| Invoice #: | ██████ |
| Invoice Status: | Check Confirmed(Exc) |
| Input By: | ERivera |
| Date Submitted: | 8/2/2019 |
| Invoice Date: | 8/1/2019 |
| Vendor Ref #: | |
| Vendor Code: | ██████ |
| Payee Code: | ██████ |
| Type: | Judicial |
| Referral Date | 9/5/2018 |
| | |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |
| First Legal Action: | N/A |
| Legal Action: | 09/25/2018 |
| Sale Date: | N/A |
| Reason Sale Cancelled | N/A |

Invoice ID:    ██████
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 8/2/2019 | 8/8/2019 | 8/8/2019 | | 8/8/2019 | 8/8/2019 | 8/9/2019 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Service Costs - Publication | | | 07/29/2019 | 1 | $245.00 | $245.00 | $0.00 | $245.00 |

**Note: Payment to ALM Media, LLC - Daily Business Review; Disbursement for Notice of Sale ██████**
**Service From Date: 7/29/2019**        **Service To Date: 7/29/2019**

| | | | |
|---|---|---|---|
| | $245.00 | $0.00 | $245.00 |

| | | | |
|---|---|---|---|
| **Total:** | **$245.00** | **$0.00** | **$245.00** |

**<u>Invoice Level Exceptions</u>**
Possible Duplicate Invoice

**<u>Invoice Level Comment</u>**
Approved

**Payment information**

| Requested Date | Check/ACH# | | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|---|
| 08/08/2019 | ███████ | | 08/09/2019 | $245.00 | | | |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Service Costs | Publication | 632 | FCST | 90R01 | | $245.00 |

**Mortgage Contracting Services, LLC**

4890 West Kennedy Blvd.

Tampa, FL 33609

Phone No: (813) 874-2177

Fax No: (813) 258-5729

### Property Insp. - Property Inspection Services - INVOICE

| | |
|---|---|
| Selene Finance | Invoice #: ████████ |
| | Invoice Status: Check Requested(Exc) |
| 9990 Richmond | Input By: Amalia Inaty |
| Houston, TX 77042 | Date Submitted: 8/16/2019 |
| Re: MAURICE YOUNG | Invoice Date: 8/15/2019 |
| 16573 SW 19TH ST | Vendor Ref #: ████████ |
| MIRAMAR, FL 33027 | Vendor Code: ████████ |
| Loan #: ████ | Payee Code: V████ |
| Loan Type: Conventional | Type: Non Judicial |
| Inv. ID / Cat. ID: N/A / 10530 | |
| Cost Center: | Order Date: 8/2/2019 |
| CONV Case No: | Order Complete Date: 8/12/2019 |
| GSE Code: O | Acquisition Date: |
| GSE REO Rem. Code: | Paid in Full Date: N/A |
| | Foreclosure Removal: N/A |
| Original Mortgage Amount: $345,303.00 | HiType: 1 |
| Litigation Status Code: | Class Code |
| Man Code: | |

Invoice ID: ████████
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 8/16/2019 | | | | 8/19/2019 | 8/19/2019 | |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Property Services - Insp - Occupancy Inspection | | | 08/12/2019 | 1 | $15.00 | $15.00 | $0.00 | $15.00 |

**Note: NO CONTACT**

| | | | | | | $15.00 | $0.00 | $15.00 |
|---|---|---|---|---|---|---|---|---|
| **Total:** | | | | | | **$15.00** | **$0.00** | **$15.00** |

**Invoice Level Exceptions**
Possible Duplicate Invoice

**Invoice Level Comment**
Inspection Requested

### RAS Crane, LLC

10700 Abbotts Bridge Road, Suite 110

Duluth, GA 30097

Phone No: (561) 241-6901

Fax No:

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

Selene Finance

9990 Richmond
Houston, TX 77042

Re:      MAURICE YOUNG
16573 SW 19TH ST
MIRAMAR, FL 33027

Loan #:   ███

Loan Type:   Conventional

Inv. ID / Cat. ID:   N/A / 10530

Cost Center:

CONV Case No:

GSE Code:   O

GSE REO Rem. Code:

Original Mortgage Amount:   $345,303.00

Litigation Status Code:

Man Code:

BK Case No:   ███

BK Chapter:   13

Invoice ID:   ███

Asset Number:

Outsourcer:   LPS Default Solutions

| Field | Value |
|---|---|
| Invoice #: | ███ |
| Invoice Status: | Submitted (Out.) |
| Input By: | Lauren Klinmann |
| Date Submitted: | 8/23/2019 |
| Invoice Date: | 8/23/2019 |
| Vendor Ref #: | ███ |
| Vendor Code: | ███ |
| Payee Code: | ███ |
| Type: | Non Judicial |
| Referral Date | 8/8/2019 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 8/23/2019 | | | | | | |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Review of Plan | | 08/23/2019 | 1 | $350.00 | $350.00 | $0.00 | $350.00 |

**Note: Bankruptcy Plan Review (recoverable) - Bankruptcy Plan Review (recoverable BK-4102) . BK Plan Review: Please note that no documents are filed with BK court for Plan Review. RECOVERABLE**
**Service From Date: 8/23/2019      Service To Date: 8/23/2019**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **$350.00** | **$0.00** | **$350.00** |

**Total:**        **$350.00**      **$0.00**      **$350.00**

**<u>Invoice Level Exceptions</u>**
None

**<u>Invoice Level Comment</u>**
Does Not Exceed Allowable