UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:                                            CASE NO.: 19-20485-BKC-JKO
MAURICE YOUNG,                           CHAPTER 13
       Debtor,
_____/

**SUPPLEMENTAL RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 3 FILED BY WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST**

**COMES NOW,** WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"), by and through its undersigned attorney, hereby files its Supplemental Response to Debtor's Objection To Claim No. 3 Filed By Wilmington Savings Fund Society, Fsb, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust ("Objection"), (DE# 69), and in support thereof states as follows:

1. On December 26, 2019, Secured Creditor filed its Response to Debtor's Objection to Claim No. 3 Filed By Wilmington Savings Fund Society, Fsb, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust (DE # 76).

2. Secured Creditor is filing this Supplemental Response to provide the Debtor with the below breakdown of the Prepetition Fees Due and to attach two additional exhibits.

| Date | Amount | Description |
|---|---|---|
| 12/18/2017 | $63.06 | Late Charges |
| 1/16/2018 | $63.06 | Late Charges |
| 2/16/2018 | $63.06 | Late Charges |
| 3/16/2018 | $63.06 | Late Charges |
| 4/16/2018 | $63.06 | Late Charges |
| 5/16/2018 | $63.06 | Late Charges |
| 6/18/2018 | $63.06 | Late Charges |

| Date | Amount | Description |
|---|---|---|
| 7/16/2018 | $63.06 | Late Charges |
| 8/1/2018 | $15.00 | Property Inspection |
| 8/16/2018 | $63.06 | Late Charges |
| 10/3/2018 | $15.00 | Property Inspection |
| 10/25/2018 | $1035.00 | FC Costs |
| 10/30/2018 | $690.00 | FC Costs |
| 10/30/2018 | $410.00 | FC Costs |
| 10/30/2018 | $05.00 | FC Costs |
| 10/30/2018 | $1991.00 | FC Costs |
| 10/30/2018 | $690.00 | FC Costs |
| 10/30/2018 | $155.00 | FC Fees |
| 11/7/2018 | $15.00 | Property Inspection |
| 1/3/2019 | $15.00 | Property Inspection |
| 2/4/2019 | $690.00 | FC Fees |
| 2/8/2019 | $250.00 | FC Costs |
| 2/13/2019 | $328.46 | BK Fees |
| 5/11/2019 | $15.00 | Property Inspection |
| 6/13/2019 | $250.00 | FC Fees |
| 6/14/2019 | $05.00 | FC Costs |
| 6/14/2019 | $50.00 | FC Costs |
| 7/10/2019 | $250.00 | FC Fees |
| 7/13/2019 | $15.00 | Property Inspection |
| 7/16/2019 | $70.00 | FC Costs |
| 7/16/2019 | $05.00 | FC Costs |
| 7/16/2019 | $250.00 | FC Fees |
| 7/24/2019 | $250.00 | FC Fees |
| 7/29/2019 | $245.00 | FC Costs |

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court overrules Debtor's objection and allows Secured Creditor's Proof of Claim as filed so as to preserve Creditor's Claim, and for such other and further relief as the Court may deem just and proper.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Ashley French
Ashley French, Esquire
Email: afrench@rasflaw.com
Florida Bar No. 107296

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 2, 2020, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DEBTOR
Maurice Young
16573 SW 19th Street
Miramar, FL  33027

DEBTOR COUNSEL
Michael A. Frank, Esq.
10 NW LeJeune Rd. #620
Miami, FL  33126

TRUSTEE
Robin R. Weiner
PO Box 559007
Fort Lauderdale, FL  33355

U.S. TRUSTEE
Office of the U.S.Trustee
2025 Robert C. Byrd, US Courthouse
300 Virginia Street, East
Charleston, WV  25301

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Ashley French
Ashley French, Esquire
Email: afrench@rasflaw.com
Florida Bar No. 107296