**ServiceLink Field Services LLC**

P.O. Box 809395

Chicago, IL 60680

Phone No: (440) 633-4000

Fax No: (720) 566-8536

### Property Insp. - Property Inspection Services - INVOICE

| | | | |
|---|---|---|---|
| Seterus, Inc. | | Invoice #: | |
| | | Invoice Status: | Check Confirmed(Exc) |
| 14523 SW Milliken Way | | Input By: | Jacqueline DeFord |
| Beaverton, OR 97005 | | Date Submitted: | 7/26/2018 |
| Re: | YOUNG MAURICE | Invoice Date: | 7/26/2018 |
| | 16573SW19TH ST | Vendor Ref #: | |
| | MIRAMAR, FL 33027 0000 | Vendor Code: | |
| Loan #: | | Payee Code: | |
| Loan Type: | FannieMae | Type: | Non Judicial |
| Inv. ID / Cat. ID: | | | |
| Cost Center: | | Order Date | 7/18/2018 |
| CONV-FN Case No: | | Order Complete Date | 7/22/2018 |
| GSE Code: | F | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $345,303.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | 01 |
| Man Code: | F | | |

| | | |
|---|---|---|
| Invoice ID: | | |
| Asset Number: | | 01 |
| Outsourcer: | | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 7/26/2018 | | | | 8/1/2018 | 8/1/2018 | 8/2/2018 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Property Services - Insp - Occupancy Inspection | | | 07/22/2018 | 1 | $15.00 | $15.00 | $0.00 | $15.00 |
| **Note: Access Denied** | | | | | | | | |
| | | | | | | $15.00 | $0.00 | $15.00 |
| **Total:** | | | | | | $15.00 | $0.00 | $15.00 |

**Invoice Level Exceptions**

Possible Duplicate with Same Service Date

**Invoice Level Comment**

Requested Services

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 08/01/2018 | ■ | 08/01/2018 | $15.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Property Services | Insp - Occupancy Inspection | 631 | ■ | ■ | | $15.00 |

Excecution Date Time: 01/02/2019 05:24:17 PM                              Pages: 2/ 2

**SHD Legal Group, P.A.**

499 NW 70TH AVE STE 309

Plantation, FL 33317 1619

Phone No: (954) 564-0071

Fax No: (954) 564-9252

## Foreclosure - Foreclosure Services - Judicial - INVOICE

| | | | |
|---|---|---|---|
| Seterus, Inc. | | Invoice #: | |
| | | Invoice Status: | Check Confirmed |
| 14523 SW Milliken Way | | Input By: | ERivera |
| Beaverton, OR 97005 | | Date Submitted: | 9/11/2018 |
| Re: | YOUNG MAURICE | Invoice Date: | 9/10/2018 |
| | 16573SW19TH ST | Vendor Ref #: | |
| | MIRAMAR, FL 33027 0000 | | |
| Loan #: | | Vendor Code: | |
| Loan Type: | FannieMae | Payee Code: | |
| Inv. ID / Cat. ID: | | Type: | Judicial |
| Cost Center: | | | |
| CONV-FN Case No: | | Referral Date | 9/5/2018 |
| GSE Code: | F | | |
| GSE REO Rem. Code: | | Acquisition Date: | |
| | | Paid in Full Date: | N/A |
| Original Mortgage Amount: | $345,303.00 | Foreclosure Removal | N/A |
| Litigation Status Code: | | HiType | 1 |
| Man Code: | F | Class Code | 01 |
| | | First Legal Action: | N/A |
| | | Legal Action: | 10/30/2018 |
| | | Sale Date: | N/A |
| | | Reason Sale Cancelled | N/A |
| Invoice ID: | | | |
| Asset Number: | | | 01 |
| Outsourcer: | | | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 9/11/2018 | 10/23/2018 | 10/30/2018 | 10/30/2018 | 10/30/2018 | 10/30/2018 | 10/31/2018 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Title Costs - Title Search | | | 09/06/2018 | 1 | $155.00 | $155.00 | $0.00 | $155.00 |
| **Note: Title search** | | | | | | | | |
| | | | | | | $155.00 | $0.00 | $155.00 |
| **Total:** | | | | | | $155.00 | $0.00 | $155.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Approved

Execution Date Time: 01/02/2019 05:24:17 PM                                      Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 10/30/2018 | ▇▇▇▇ | 10/30/2018 | $155.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Title Costs | Title Search | 630 | ▇▇ | ▇▇ | | $155.00 |

Excecution Date Time: 01/02/2019 05:24:17 PM

Pages: 2/ 2

**SHD Legal Group, P.A.**

499 NW 70TH AVE STE 309

Plantation, FL 33317 1619

Phone No: (954) 564-0071

Fax No: (954) 564-9252

## Foreclosure - Foreclosure Services - Judicial - INVOICE

| | | | |
|---|---|---|---|
| Seterus, Inc. | | Invoice #: | |
| | | Invoice Status: | Check Confirmed(Exc) |
| 14523 SW Milliken Way | | Input By: | ERivera |
| Beaverton, OR 97005 | | Date Submitted: | 9/14/2018 |
| Re: | YOUNG MAURICE | Invoice Date: | 9/13/2018 |
| | 16573SW19TH ST | Vendor Ref #: | |
| | MIRAMAR, FL 33027 0000 | | |
| Loan #: | | Vendor Code: | |
| Loan Type: | FannieMae | Payee Code: | |
| Inv. ID / Cat. ID: | | Type: | Judicial |
| Cost Center: | | Referral Date | 9/5/2018 |
| CONV-FN Case No: | | | |
| GSE Code: | F | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $345,303.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | 01 |
| Man Code: | F | First Legal Action: | N/A |
| | | Legal Action: | 10/30/2018 |
| | | Sale Date: | N/A |
| | | Reason Sale Cancelled | N/A |

| | | |
|---|---|---|
| Invoice ID: | | |
| Asset Number: | | 01 |
| Outsourcer: | | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 9/14/2018 | 10/25/2018 | 10/25/2018 | 10/25/2018 | 10/25/2018 | 10/25/2018 | 10/26/2018 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Allowable | | 09/13/2018 | 1 | $1,035.00 | $1,035.00 | $0.00 | $1,035.00 |

**Note: Foreclosure Fee for Milestone 1st Legal Prepped**

| | | | |
|---|---|---|---|
| | $1,035.00 | $0.00 | $1,035.00 |

| | | | |
|---|---|---|---|
| Total: | $1,035.00 | $0.00 | $1,035.00 |

**Invoice Level Exceptions**
Possible Duplicate Invoice

**Invoice Level Comment**
Approved

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 10/25/2018 | ▮ | 10/25/2018 | $1,035.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Allowable | 630 | ▮ | ▮ | | $1,035.00 |

**ServiceLink Field Services LLC**

P.O. Box 809395

Chicago, IL 60680

Phone No: (440) 633-4000

Fax No: (720) 566-8536

### Property Insp. - Property Inspection Services - INVOICE

| | | | |
|---|---|---|---|
| Seterus, Inc. | | Invoice #: | ▮▮▮▮▮▮▮▮ |
| | | Invoice Status: | Check Confirmed(Exc) |
| 14523 SW Milliken Way | | Input By: | Jacqueline DeFord |
| Beaverton, OR 97005 | | Date Submitted: | 9/21/2018 |
| Re: | YOUNG MAURICE | Invoice Date: | 9/21/2018 |
| | 16573SW19TH ST | Vendor Ref #: | ▮▮▮▮▮▮ |
| | MIRAMAR, FL 33027 0000 | Vendor Code: | ▮▮▮▮▮▮ |
| Loan #: | ▮▮▮▮▮▮ | Payee Code: | ▮▮▮▮▮▮ |
| Loan Type: | FannieMae | Type: | Non Judicial |
| Inv. ID / Cat. ID: | ▮▮▮▮▮▮ | | |
| Cost Center: | | Order Date | 9/10/2018 |
| CONV-FN Case No: | | Order Complete Date | 9/18/2018 |
| GSE Code: | F | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $345,303.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | 01 |
| Man Code: | F | | |

| | | |
|---|---|---|
| Invoice ID: | 239257536 | |
| Asset Number: | | 01 |
| Outsourcer: | | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 9/21/2018 | | | | 10/3/2018 | 10/3/2018 | 10/4/2018 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Property Services - Insp - Occupancy Inspection | | | 09/18/2018 | 1 | $15.00 | $15.00 | $0.00 | $15.00 |

**Note: Access Denied**

| | | | |
|---|---|---|---|
| | | $15.00 | $0.00 | $15.00 |
| Total: | | $15.00 | $0.00 | $15.00 |

**Invoice Level Exceptions**

Possible Duplicate with Same Service Date

**Invoice Level Comment**

Requested Services

Execution Date Time: 01/02/2019 05:24:17 PM    Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 10/03/2018 | ▮ | 10/03/2018 | $15.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Property Services | Insp - Occupancy Inspection | 631 | ▮ | ▮ | | $15.00 |

**SHD Legal Group, P.A.**

499 NW 70TH AVE STE 309

Plantation, FL 33317 1619

Phone No: (954) 564-0071

Fax No: (954) 564-9252

### Foreclosure - Foreclosure Services - Judicial - INVOICE

| | | | |
|---|---|---|---|
| Seterus, Inc. | | Invoice #: | |
| | | Invoice Status: | Check Confirmed(Exc) |
| 14523 SW Milliken Way | | Input By: | ERivera |
| Beaverton, OR 97005 | | Date Submitted: | 9/27/2018 |
| Re: | YOUNG MAURICE | Invoice Date: | 9/26/2018 |
| | 16573SW19TH ST | Vendor Ref #: | |
| | MIRAMAR, FL 33027 0000 | Vendor Code: | |
| Loan #: | | Payee Code: | |
| Loan Type: | FannieMae | Type: | Judicial |
| Inv. ID / Cat. ID: | | | |
| Cost Center: | | Referral Date | 9/5/2018 |
| CONV-FN Case No: | | | |
| GSE Code: | F | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $345,303.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | 01 |
| Man Code: | F | First Legal Action: | N/A |
| | | Legal Action: | 09/25/2018 |
| | | Sale Date: | N/A |
| | | Reason Sale Cancelled | N/A |

| | | | |
|---|---|---|---|
| Invoice ID: | | | |
| Asset Number: | | | 01 |
| Outsourcer: | | | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 9/27/2018 | 10/30/2018 | 10/30/2018 | 10/30/2018 | 10/30/2018 | 10/30/2018 | 10/31/2018 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Allowable | | 09/25/2018 | 1 | $690.00 | $690.00 | $0.00 | $690.00 |

**Note:** Foreclosure fee for Milestone 1st Legal filed

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **$690.00** | **$0.00** | **$690.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: | | | | $690.00 | $0.00 | $690.00 |

**Invoice Level Exceptions**

Possible Duplicate Invoice, Possible Duplicate with Same Service Date

**Invoice Level Comment**

Approved

Execution Date Time: 01/02/2019 05:24:17 PM                                    Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 10/30/2018 | ▮ | 10/30/2018 | $690.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Allowable | 630 | ▮ | ▮ | | $690.00 |

Excecution Date Time: 01/02/2019 05:24:17 PM        Pages: 2/ 2

**SHD Legal Group, P.A.**

499 NW 70TH AVE STE 309

Plantation, FL 33317 1619

Phone No: (954) 564-0071

Fax No: (954) 564-9252

### Foreclosure - Foreclosure Services - Judicial - INVOICE

| | | | |
|---|---|---|---|
| Seterus, Inc. | | Invoice #: | ▮▮▮▮ |
| | | Invoice Status: | Check Confirmed(Exc) |
| 14523 SW Milliken Way | | Input By: | ERivera |
| Beaverton, OR 97005 | | Date Submitted: | 10/2/2018 |
| Re: | YOUNG MAURICE | Invoice Date: | 10/1/2018 |
| | 16573SW19TH ST | Vendor Ref #: | |
| | MIRAMAR, FL 33027 0000 | | |
| Loan #: | ▮▮▮▮ | Vendor Code: | ▮▮▮▮ |
| Loan Type: | FannieMae | Payee Code: | ▮▮▮▮ |
| Inv. ID / Cat. ID: | ▮▮▮▮ | Type: | Judicial |
| Cost Center: | | | |
| CONV-FN Case No: | | Referral Date | 9/5/2018 |
| GSE Code: | F | | |
| GSE REO Rem. Code: | | Acquisition Date: | |
| | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $345,303.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | 01 |
| Man Code: | F | | |
| | | First Legal Action: | N/A |
| | | Legal Action: | 09/25/2018 |
| | | Sale Date: | N/A |
| | | Reason Sale Cancelled | N/A |
| Invoice ID: | ▮▮▮▮ | | |
| Asset Number: | | | 01 |
| Outsourcer: | | | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 10/2/2018 | 10/30/2018 | 10/30/2018 | 10/30/2018 | 10/30/2018 | 10/30/2018 | 10/31/2018 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Filing Costs - Filing Fee Complaint | | | 10/01/2018 | 1 | $1,991.00 | $1,991.00 | $0.00 | $1,991.00 |
| **Note: Check # 1001012029 Clerk of the Circuit Court, Broward County; Disbursement for Filing Fee 1440-170868** | | | | | | | | |
| Filing Costs - Additional Court Filing Costs | | | 10/01/2018 | 1 | $5.00 | $5.00 | $0.00 | $5.00 |
| **Note: Check # 1001012029 Clerk of the Circuit Court, Broward County; Disbursement for Filing Fee 1440-170868** | | | | | | | | |
| | | | | | | $1,996.00 | $0.00 | $1,996.00 |
| Total: | | | | | | $1,996.00 | $0.00 | $1,996.00 |

**Invoice Level Exceptions**

Possible Duplicate Invoice

**Invoice Level Comment**

Approved

Execution Date Time: 01/02/2019 05:24:17 PM                                                                                                Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |  |  |  |
|---|---|---|---|---|---|---|
| 10/30/2018 | ███ | 10/30/2018 | $5.00 |  |  |  |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Filing Costs | Additional Court Filing Costs | 630 | ███ | ███ |  | $5.00 |
| Requested Date | Check/ACH# | Payment Date | Amount |  |  |  |
| 10/30/2018 | ███ | 10/30/2018 | $1,991.00 |  |  |  |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Filing Costs | Filing Fee Complaint | 630 | ███ | ███ |  | $1,991.00 |

Excecution Date Time: 01/02/2019 05:24:17 PM                          Pages: 2/ 2

**SHD Legal Group, P.A.**

499 NW 70TH AVE STE 309

Plantation, FL 33317 1619

Phone No: (954) 564-0071

Fax No: (954) 564-9252

### Foreclosure - Foreclosure Services - Judicial - INVOICE

| | | | |
|---|---|---|---|
| Seterus, Inc. | | Invoice #: | ▉▉▉▉ |
| | | Invoice Status: | Check Confirmed(Exc) |
| 14523 SW Milliken Way | | Input By: | ERivera |
| Beaverton, OR 97005 | | Date Submitted: | 10/10/2018 |
| Re: | YOUNG MAURICE | Invoice Date: | 10/9/2018 |
| | 16573SW19TH ST | Vendor Ref #: | |
| | MIRAMAR, FL 33027 0000 | Vendor Code: | ▉▉▉▉ |
| Loan #: | ▉▉▉▉ | Payee Code: | ▉▉▉▉ |
| Loan Type: | FannieMae | Type: | Judicial |
| Inv. ID / Cat. ID: | ▉▉▉▉ | | |
| Cost Center: | | Referral Date | 9/5/2018 |
| CONV-FN Case No: | | | |
| GSE Code: | F | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $345,303.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | 01 |
| Man Code: | F | First Legal Action: | N/A |
| | | Legal Action: | 09/25/2018 |
| | | Sale Date: | N/A |
| | | Reason Sale Cancelled | N/A |
| | | | |
| Invoice ID: | ▉▉▉▉ | | |
| Asset Number: | | | 01 |
| Outsourcer: | | | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 10/10/2018 | 10/30/2018 | 10/30/2018 | 10/30/2018 | 10/30/2018 | 10/30/2018 | 10/31/2018 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Allowable | | | 10/04/2018 | 1 | $690.00 | $690.00 | $0.00 | $690.00 |

**Note: Foreclosure fee for Milestone Service Complete**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $690.00 | $0.00 | $690.00 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Service Costs - Process | | | 10/08/2018 | 1 | $410.00 | $410.00 | $0.00 | $410.00 |

**Note: Payment to Firefly Legal, Inc.; Disbursement for Service of Process**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $410.00 | $0.00 | $410.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total:** | | | | | | $1,100.00 | $0.00 | $1,100.00 |

**Invoice Level Exceptions**

Possible Duplicate Invoice, Possible Duplicate with Same Service Date

Execution Date Time: 01/02/2019 05:24:17 PM                                                          Pages: 1/ 3

**Invoice Level Comment**
Approved

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 10/30/2018 | ▮▮▮▮ | 10/30/2018 | $410.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Service Costs | Process | 630 | ▮▮▮ | ▮▮▮ | | $410.00 |
| Requested Date | Check/ACH# | Payment Date | Amount | | | |
| 10/30/2018 | ▮▮▮▮ | 10/30/2018 | $690.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Allowable | 630 | ▮▮▮ | ▮▮▮ | | $690.00 |

Excecution Date Time: 01/02/2019 05:24:17 PM                                Pages: 3/ 3

## ServiceLink Field Services LLC

P.O. Box 809395

Chicago, IL 60680

Phone No: (440) 633-4000

Fax No: (720) 566-8536

## Property Insp. - Property Inspection Services - INVOICE

| | | | |
|---|---|---|---|
| Seterus, Inc. | | Invoice #: | ███ |
| | | Invoice Status: | Check Confirmed(Exc) |
| 14523 SW Milliken Way | | Input By: | Jacqueline DeFord |
| Beaverton, OR 97005 | | Date Submitted: | 10/25/2018 |
| Re: | YOUNG MAURICE | Invoice Date: | 10/25/2018 |
| | 16573SW19TH ST | Vendor Ref #: | ███ |
| | MIRAMAR, FL 33027 0000 | Vendor Code: | ███ |
| Loan #: | ███ | Payee Code: | ███ |
| Loan Type: | FannieMae | Type: | Non Judicial |
| Inv. ID / Cat. ID: | ███ | | |
| Cost Center: | | Order Date | 10/10/2018 |
| CONV-FN Case No: | | Order Complete Date | 10/19/2018 |
| GSE Code: | F | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $345,303.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | 01 |
| Man Code: | F | | |

| | | |
|---|---|---|
| Invoice ID: | ███ | |
| Asset Number: | | 01 |
| Outsourcer: | | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 10/25/2018 | | | | 11/7/2018 | 11/7/2018 | 11/8/2018 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Property Services - Insp - Occupancy Inspection | | | 10/19/2018 | 1 | $15.00 | $15.00 | $0.00 | $15.00 |

**Note: Access Denied**

| | | | | |
|---|---|---|---|---|
| | | $15.00 | $0.00 | $15.00 |
| Total: | | $15.00 | $0.00 | $15.00 |

**Invoice Level Exceptions**
Possible Duplicate with Same Service Date

**Invoice Level Comment**
Requested Services

Execution Date Time: 01/02/2019 05:24:17 PM          Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 11/07/2018 | ▮▮▮ | 11/07/2018 | $15.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Property Services | Insp - Occupancy Inspection | 631 | ▮▮▮ | ▮▮▮ | | $15.00 |

Excecution Date Time: 01/02/2019 05:24:17 PM                                                                                   Pages: 2/ 2

**ServiceLink Field Services LLC**

P.O. Box 809395

Chicago, IL 60680

Phone No:  (440) 633-4000

Fax No:  (720) 566-8536

**Property Insp. - Property Inspection Services - INVOICE**

| | | | |
|---|---|---|---|
| Seterus, Inc. | | Invoice #: | ███████ |
| | | Invoice Status: | Submitted(Exc) |
| 14523 SW Milliken Way | | Input By: | Jacqueline DeFord |
| Beaverton, OR 97005 | | Date Submitted: | 12/26/2018 |
| Re: | YOUNG MAURICE | Invoice Date: | 12/24/2018 |
| | 16573SW19TH ST | Vendor Ref #: | ███ |
| | MIRAMAR, FL 33027 0000 | Vendor Code: | ███ |
| Loan #: | ███ | Payee Code: | ███ |
| Loan Type: | Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | ███ | | |
| Cost Center: | | Order Date | 12/10/2018 |
| CONV Case No: | | Order Complete Date | 12/19/2018 |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $345,303.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | 01 |
| Man Code: | F | | |

| | |
|---|---|
| Invoice ID: | ███ |
| Asset Number: | 01 |
| Outsourcer: | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 12/26/2018 | | | | | | |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Property Services - Insp - Occupancy Inspection | | | 12/19/2018 | 1 | $15.00 | $15.00 | $0.00 | $15.00 |
| **Note: Access Denied** | | | | | | | | |
| | | | | | | $15.00 | $0.00 | $15.00 |
| **Total:** | | | | | | $15.00 | $0.00 | $15.00 |

**Invoice Level Exceptions**

Possible Duplicate with Same Service Date

**Invoice Level Comment**

Requested Services

Execution Date Time:  01/02/2019 05:24:17 PM

Pages: 1/ 2

**Payment information**

No checks have been confirmed.